

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2024

No. 04-23-00459-CR

**EX PARTE** Oscar Dominguez **ESPINOSA**

From the County Court, Kinney County, Texas
Trial Court No. 14219CR
Honorable Susan D. Reed, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we **DISMISS** Oscar Dominguez Espinosa's appeal of the denial of his application for pretrial writ of habeas corpus for want of jurisdiction. We further consider Espinosa's appeal as a petition for writ of mandamus and **DENY** his request for mandamus relief **WITHOUT PREJUDICE**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on June 12, 2024.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2024.

Luz Estrada, Chief Deputy Clerk